931 A.2d 1094

**STATE of Maryland**

v.

**Arvel D. WILLIAMS.**

**No. 39, Sept. Term, 2007.**

Court of Appeals of Maryland.

Sept. 12, 2007.

Steven L. Holcomb, Asst. Atty. Gen. (Douglas F. Gansler, Atty. Gen., on brief), Baltimore, for appellant.

Lisa J. Sansone (Law Office of Lisa J. Sansone; Warren A. Brown of Warren A. Brown, P.A., on brief), Baltimore, for appellee.

Argued before BELL, C.J., RAKER, HARRELL, BATTAGLIA, GREENE, ALAN M. WILNER (Retired, Specially Assigned), and DALE R. CATHELL (Retired, Specially Assigned), JJ.

PER CURIAM ORDER.

For reasons to be stated in an opinion later to be filed, it is this 12th day of September, 2007,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the judgment of the Circuit Court for Harford County be, and it is hereby, affirmed. Costs to be paid by Harford County. Mandate to issue forthwith.